UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 401; BOARD OF TRUSTEES OF ELECTRICAL WORKERS PENSION PLAN FOR NORTHERN NEVADA; BOARD OF TRUSTEES OF ELECTRICAL WORKERS HEALTH AND WELFARE PLAN FOR NORTHERN NEVADA; NORTHERN NEVADA ELECTRICAL JOINT APPRENTICESHIP & TRAINING COMMITTEE,<br><br>　　　Petitioners-Plaintiffs,<br><br>vs.<br><br>EAGLE ELECTRIC, INC.; MARK AGLIOLO; AMERICAN EAGLE ELECTRIC LLC,<br><br>　　　Respondents- Defendants. | Case No. 3:11-cv-00126-ECR-VPC<br><br>ORDER |

On February 18, 2011, Plaintiff filed a Petition to Confirm and Enforce Arbitration Award and Complaint for Ancillary Relief (Doc. #1). Defendants never filed an answer to the Petition and Complaint.

On February 22, 2011, Plaintiff filed a Motion to Confirm Arbitration Award (#3). Defendants never responded to the Motion to Confirm Arbitration Award.

1  On March 24, 2011, the parties filed a stipulation to extend time respond
2  to the Petition and Complaint (Doc. #6).  The stipulation was approved by
3  Magistrate Judge Cooke on March 25, 2011 (Doc. #7).  The deadline for
4  response was set for April 7, 2011 is long past.
5  Therefore, IT IS HEREBY ORDERED that Defendants have 14 days to
6  respond to the Complaint and Motion to Confirm Arbitration Award.  If
7  Defendants fail to do so, the relief sought in the Petition and Complaint will be
8  granted by the Court.

10  Dated this 26th day of July 2011.

_____
EDWARD C. REED, JR.
United States District Judge