Anthony L. Hall, Esq., NV Bar No. 5977
ahall@hollandhart.com
Deanna Brinkerhoff, Esq., NV Bar No. 11066
dcbrinkerhoff@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone:  (775) 327-3000
Facsimile:   (775) 786-6179

Attorneys for Defendants- Respondents
Eagle Electric, Inc., Mark Agliolo and
American Eagle Electric, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 401; BOARD OF TRUSTEES OF ELECTRICAL WORKERS PENSION PLAN FOR NORTHERN NEVADA; BOARD OF TRUSTEES OF ELECTRICAL WORKERS HEALTH AND WELFARE PLAN FOR NORTHERN NEVADA; NORTHERN NEVADA ELECTRICAL JOINT APPRENTICESHIP & TRAINING COMMITTEE;<br><br>      Petitioners-Plaintiffs,<br><br>vs.<br><br>EAGLE ELECTRIC, INC., MARK AGLIOLO; AMERICAN EAGLE ELECTRIC, LLC;<br><br>      Respondents-Defendants. | CASE NO. 3:11-cv-00126-LRH-VPC<br><br>ORDER GRANTING<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Petitioners-Plaintiffs International Brotherhood of Electrical Workers Local 401, Board of Trustees of Electrical Workers Pension Plan for Northern Nevada, Board of Trustees of Electrical Workers Health and Welfare Plan for Northern Nevada, Northern Nevada Electrical Joint Apprenticeship & Training Committee ("Petitioners") and Respondents-Defendants Eagle Electric, Inc., Mark Agliolo, and American Eagle Electric, LLC ("Respondents"), by and through their respective counsel of record, stipulate and agree that the above-captioned matter brought by Petitioners

is hereby dismissed *with prejudice.*

The parties further agree and stipulate that each party shall bear its own costs, expenses, and attorneys' fees related to this action.

| | |
|---|---|
| Dated this 8th day of August, 2011. | Dated this 8th day of August, 2011. |
| McCRACKEN, STEMERMAN & HOLSBERRY | HOLLAND & HART LLP |
| By: /s/ Andrew J. Kahn<br>   Andrew J. Kahn, Esq.<br>   Nevada Bar No. 3751<br>   1630 S. Commerce Street, Suite A-1<br>   Las Vegas, Nevada  89102<br>   Telephone: (702) 386-5107<br>   Facsimile: (702) 386-9848<br><br>*Attorneys for Petitioners* | By: /s/ Anthony L. Hall<br>   Anthony L. Hall, Esq.<br>   Deanna C. Brinkerhoff, Esq.<br>   5441 Kietzke Lane, Second Floor<br>   Reno, Nevada 89511<br>   Tel.:  (775) 327-3000<br>   Fax:  (775) 786-6179<br><br>*Attorneys for Respondents* |

**ORDER**

**IT IS SO ORDERED.**

DATED: August 10, 2011.

/s/ Edward C. Reed
UNITED STATES DISTRICT JUDGE

5083678_1.DOCX